IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD E BOYD
    PLAINTIFF

-VS-

Governor Edward Randell, ET AL.,
    Defendants

Civil Action No. 10-1492

Chief Judge Lancaster

Magistrate Judge Lisa Pupo Lenihan

## ORDER

AND NOW this _____ Day of _____ 2011, It is Hereby ordered and Decreeded that the Plaintiff's Motion for Reconsideration of the Court's Order is:

    Hereby Granted
    It As So Ordered

Dated: JAN 12 2011

S/ _____
Chief Judge

AND NOW, THIS 27 DAY OF Jan 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE